# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Lawrence Parks　　　　　　　　　　**Docket Number:** 04-00862-001

**Name of Sentencing Judicial Officer:** Honorable William H. Walls,

**Date of Original Sentence:** 08/02/2005

**Original Offense:** Possession of a Firearm by a Convicted Felon

**Original Sentence:** 30 months imprisonment; 3 years supervised release; $100 special assessment. Special conditions: 1) drug testing/treatment; and 2) cooperation in the collection of DNA.

**Type of Supervision:** Supervised Release　　　　　　**Date Supervision Commenced:** 02/27/08

**Assistant U.S. Attorney:** Joseph N. Minish, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Jonathan L. Gordon, Esq., 304 University Avenue, Newark, New Jersey 07102, 973-464-8403

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'** <br><br> On April 15, 2008, Parks was arrested by the Newark, New Jersey Police Department and charged with eluding law enforcement - failure to stop, a felony offense. |
| 2 | The offender has violated the supervision condition which states **'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.'** <br><br> The offender failed to notify the undersigned Probation Officer about the arrest detailed in Violation #1 within the allotted time period. |

3  The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

On March 29, 2008, subsequent to a moving infraction, Parks was issued a motor vehicle summons by Newark Police Department. He failed to report this contact with law enforcement within the allotted time period.

I declare under penalty of perjury that the foregoing is true and correct.

By: Joseph Empirio
U.S. Probation Officer

Date: 5/5/08

THE COURT ORDERS:

[ ✓ ] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

6 May 2008
Date

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
### DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

**DEPUTY CHIEF PROBATION OFFICERS**
**MATTHEW F. MILLER**
**THOMAS C. MILLER**

May 5, 2008

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable William H. Walls
U.S. District Court Judge
Martin Luther King Jr. Federal Building & Courthouse
P.O. Box 0999
Newark, New Jersey 07102-0999

RE: PARKS, Laurence
aka: Larry Roland
Dkt. No.: 04-00862-001
**Request for a Violation of Supervised Release Hearing and Issuance of a Warrant**

Dear Judge Walls:

On August 2, 2005, Laurence Parks was sentenced by Your Honor to 30 months imprisonment to be followed by a three-year term of supervised release for the offense of Possession of a Firearm by a Convicted Felon. The offender was also ordered to pay a $100 special assessment and abide by the following special conditions: 1) drug testing and/or treatment; and 2) cooperate in the collection of DNA. Parks has been supervised by this office since his release from custody on February 27, 2008.

The purpose of this letter is to report Parks' noncompliance with the conditions of his supervision and request a warrant be issued. Most notably, the offender incurred a new arrest since the commencement of supervision. On April 15, 2008, he was arrested by the Newark, New Jersey Police Department and charged with eluding law enforcement - failure to stop. According to investigative reports, on April 10, 2008, while operating a 2003 Black Range Rover, Parks eluded from an officer during a motor vehicle traffic stop. He was released on bail and the case is pending disposition within New Jersey Superior Court, Essex County. The offender failed to notify the Probation Office about this arrest or an unrelated motor vehicle summons within the allotted 72-hour time period.

Due to the legitimate threat of continued criminal activity and an ongoing disregard for the conditions of release, our office recommends the issuance of a violation of supervised release warrant. Please review the enclosed Probation Form 12-C which outlines the violation charges. We will make ourselves available should the Court wish to discuss this matter.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Joseph A. Empirio
U.S. Probation Officer

/jae
Enclosure(s)